# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: MIDDLETON, JERRY ALLAN § | Case No. 09-75543 |
| MIDDLETON, SUZANNE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/18/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 07/06/2010        By: /s/BERNARD J. NATALE_____
                                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MIDDLETON, JERRY ALLAN            § Case No. 09-75543
       MIDDLETON, SUZANNE                §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $     5,001.04

*and approved disbursements of*             $         3.95

*leaving a balance on hand of* [1]          $     4,997.09

Claims of secured creditors will be paid as follows:

*Claimant*                                       *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,250.10 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 1,325.00 | $ 23.92 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*              *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,791.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 857.51 | $ 54.42 |
| 2 | Discover Bank | $ 1,495.12 | $ 94.88 |
| 3 | Capital One Bank (USA), N.A. | $ 636.99 | $ 40.42 |
| 4 | Chase Bank USA, N.A. | $ 3,021.42 | $ 191.72 |
| 5 | Chase Bank USA, N.A. | $ 3,638.81 | $ 230.90 |
| 6 | PYOD LLC as assignee of Citibank | $ 1,687.88 | $ 107.10 |
| 7 | PYOD LLC as assignee of Citibank | $ 308.04 | $ 19.55 |
| 8 | American Express Centurion Bank | $ 1,344.91 | $ 85.34 |
| 9 | PYOD LLC as assignee of Citibank | $ 3,079.85 | $ 195.43 |
| 10 | Chase Bank USA, N.A. | $ 2,461.71 | $ 156.21 |
| | Fia Card Services, NA/Bank of | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | America | $ 2,650.78 | $ 168.21 |
| 12 | Discover Personal Loans | $ 12,579.96 | $ 798.26 |
| 13 | U.S. Bank N.A. | $ 4,028.57 | $ 255.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Jul 28, 2010
Case: 09-75543                Form ID: pdf006            Total Noticed: 48


The following entities were noticed by first class mail on Jul 30, 2010.
db/jdb     +Jerry Allan Middleton,   Suzanne Middleton,   1716 Ridge Ave.,   Rockford, IL 61103-4438
aty        +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty        +Gary C Flanders,   1 Court Place  Suite 201,   Rockford, IL 61101-1088
aty        +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
14854518    American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
14854519    American Express,   P.O.B ox 297871,   Fort Lauderdale, FL 33329
15243768    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14854520    Aspire,   P.O. Box 23007,   Columbus, GA 31902-3007
14854521   +Aspire,   P.O. Box 105555,   Atlanta, GA 30348-5555
14854523   +Aspire,   Attention Bankruptcy Dept.,   P.O. Box 105555,   Atlanta, GA 30348-5555
14854522    Aspire,   111 Sylvan Ave.,   Englewood Cliffs, NJ 07632-1514
14854524   +Aspire/Citi,   P.O. Box 105555,   Atlanta, GA 30348-5555
14854525    Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14854526   +Bank of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
14854527   +Capital One,   P.O. Box 85520,   Richmond, VA 23285-5520
15207264    Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
14854529   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14854532    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
14854528    Chase,   P.O. Box 15049,   Wilmington, DE 19850-5049
15211014    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14854534    Citi,   P.O. Box 688901,   Des Moines, IA 50368-8901
14854535   +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
14854536    Citi Bank,   P.O. Box 689182,   Des Moines, IA 50368-9182
14854537   +Citi Bank,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
15518275   +DISCOVER PERSONAL LOANS,   PO BOX 30954,   SALT LAKE CITY, UT 84130-0954
14854539    Discover Bank,   c/o Markoff & Krasny,   29 N. Wacker Drive #500,   Chicago, IL 60606-2854
14854543    Discover Personal Loan,   P.O. Box 6105,   Carol Stream, IL 60197-6105
14854544   +Discover Personal Loan,   P.O. Box 30954,   Salt Lake City, UT 84130-0954
14854547   +HSBC,   P.O. Box 5251,   Carol Stream, IL 60197-5251
14854548   +HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
14854549   +HSBC,   c/oBlatt,Hasenmiller,Leibsker&Moore,   211 Landmark Drive Ste C-1,
             Normal, IL 61761-2160
14854551   +HSBC Suzuki,   P.O. Box 703,   Wood Dale, IL 60191-0703
14854550   +HSBC Suzuki,   P.O.B ox 17602,   Baltimore, MD 21225-0747
14854553   +HSBC Yamaha,   90 Christiana Road,   New Castle, DE 19720-3118
14854552    HSBC Yamaha,   P.O. Box 17602,   Baltimore, MD 21297-1602
14854545    Home Depot,   P.O. Box 689147,   Des Moines, IA 50368-9147
14854546   +Home Depot/CBSD,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
14854554    National City Mortgage,   P.O. Box 533510,   Atlanta, GA 30353-3510
14854555   +PNC Mortgage,   6 North Main Street,   Dayton, OH 45402-1902
15238119   +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
15522177   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:   U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201-5229)
14854557   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:   US Bank,   P.O. Box 6352,   Fargo, ND 58125-6352)
14854558   +US. Bank/Cardmember Service,   4325 17th Ave. S.,   Fargo, ND 58125-6200

The following entities were noticed by electronic transmission on Jul 28, 2010.
14854541     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2010 02:02:48     Discover Financial Services,
              P.O. Box 15316,   Wilmington, DE 19850
14854538    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2010 02:02:48     Discover Bank,
              Dfs Services LLC,   POB 3025,   New Albany, OH 43054-3025
14854540     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2010 02:02:48     Discover Financial Services,
              P.O. Box 6103,   Carol Stream, IL 60197-6103
15442776     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2010 02:01:56
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14854556     United Shockwave Services
14854531*   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14854533*   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14854530*    Chase,   P.O. Box 15049,   Wilmington, DE 19850-5049
14854542*    Discover Financial Services,   P.O. Box 6103,   Carol Stream, IL 60197-6103
                                                                                   TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cshabez           Page 2 of 2              Date Rcvd: Jul 28, 2010
Case: 09-75543               Form ID: pdf006         Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**                    **Signature:**    *Joseph Speetjens*