# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MIDDLETON, JERRY ALLAN | § | Case No. 09-75543 |
| MIDDLETON, SUZANNE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $108,900.00
*(without deducting any secured claims)*

Assets Exempt: $43,000.00

Total Distribution to Claimants: $2,398.07

Claims Discharged
Without Payment: $35,393.48

Total Expenses of Administration: $2,602.97

3) Total gross receipts of $ 5,001.04 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.04 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $78,200.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,602.97 | 2,602.97 | 2,602.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,770.00 | 37,791.55 | 37,791.55 | 2,398.07 |
| **TOTAL DISBURSEMENTS** | $83,970.00 | $40,394.52 | $40,394.52 | $5,001.04 |

4)  This case was originally filed under Chapter 7 on December 16, 2009. . The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/27/2010            By:  /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Chevy Silverado pick up trucks | 1129-000 | 1,950.00 |
| 2003 Jeep Liberty | 1129-000 | 3,050.00 |
| Interest Income | 1270-000 | 1.04 |
| **TOTAL GROSS RECEIPTS** | | $5,001.04 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | HSBC Suzuki | 4210-000 | 12,000.00 | N/A | N/A | 0.00 |
| 15 | HSBC Yamaha | 4210-000 | 4,200.00 | N/A | N/A | 0.00 |
| 16 | PNC Mortgage | 4110-000 | 62,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $78,200.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|------------------|-----------------|----------------|-------------|
| BERNARD J. NATALE | 2100-000 | N/A | 1,250.10 | 1,250.10 | 1,250.10 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 23.92 | 23.92 | 23.92 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,325.00 | 1,325.00 | 1,325.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.95 | 3.95 | 3.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,602.97 | 2,602.97 | 2,602.97 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|------------------|-----------------|----------------|-------------|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|-------------------|-------------------------------|---------------------------------------|----------------|-------------|
| | | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 857.51 | 857.51 | 54.42 |
| 2 | Discover Bank | 7100-000 | N/A | 1,495.12 | 1,495.12 | 94.88 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 636.99 | 636.99 | 40.42 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,021.42 | 3,021.42 | 191.72 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,638.81 | 3,638.81 | 230.90 |
| 6 | PYOD LLC  as assignee of Citibank | 7100-000 | N/A | 1,687.88 | 1,687.88 | 107.10 |
| 7 | PYOD LLC  as assignee of Citibank | 7100-000 | N/A | 308.04 | 308.04 | 19.55 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 1,344.91 | 1,344.91 | 85.34 |
| 9 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 3,079.85 | 3,079.85 | 195.43 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,461.71 | 2,461.71 | 156.21 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 2,650.78 | 2,650.78 | 168.21 |
| 12 | Discover Personal Loans | 7100-000 | N/A | 12,579.96 | 12,579.96 | 798.26 |
| 13 | U.S. Bank N.A. | 7100-000 | N/A | 4,028.57 | 4,028.57 | 255.63 |
| 17 | Aspire | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| 18 | Aspire | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| 19 | Home Depot | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| 20 | HSBC | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| 21 | United Shockwave Services | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 5,770.00 | 37,791.55 | 37,791.55 | 2,398.07 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-75543 | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** MIDDLETON, JERRY ALLAN | **Filed (f) or Converted (c):** 12/16/09 (f) |
| MIDDLETON, SUZANNE | **§341(a) Meeting Date:** 01/21/10 |
| **Period Ending:** 10/27/10 | **Claims Bar Date:** 05/24/10 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 Checking Associated Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 Household Goods & Furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 Books, pictures & other art | 60.00 | 0.00 | DA | 0.00 | FA |
| 5 Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 Firearms and sporting goods-weights | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 Firearms and sporting goods - 2 bicycles | 30.00 | 0.00 | DA | 0.00 | FA |
| 9 Firearms and sporting goods - Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 Life Ins with death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 Estimated 2009 prorated tax refund | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 2000 Chevy Silverado pick up trucks | 6,500.00 | 1,950.00 | | 1,950.00 | FA |
| 13 2003 Jeep Liberty | 10,000.00 | 4,450.00 | | 3,050.00 | FA |
| 14 2007 Suzuki Mortorcyle | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 15 2003 Yamaha ATV | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 16 3 Dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 Other Personal Property - Hand & Power tools | 450.00 | 0.00 | DA | 0.00 | FA |
| 18 Other Personal Property - Lawn mower | 10.00 | 0.00 | DA | 0.00 | FA |
| 19 Other Personal Property - Snow blower | 250.00 | 0.00 | DA | 0.00 | FA |
| 20 Single Family Residence 1716 Ridge Ave Rockford | 94,000.00 | 0.00 | DA | 0.00 | FA |
| Int INTEREST (u) | Unknown | N/A | | 1.04 | FA |
| **21 Assets** Totals (Excluding unknown values) | **$125,400.00** | **$6,400.00** | | **$5,001.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 09-75543 | |
| **Case Name:** | MIDDLETON, JERRY ALLAN | |
| | MIDDLETON, SUZANNE | |
| **Period Ending:** | 10/27/10 | |

| | | |
|---|---|---|
| **Trustee:** | (330370) | BERNARD J. NATALE |
| **Filed (f) or Converted (c):** | 12/16/09 (f) | |
| **§341(a) Meeting Date:** | 01/21/10 | |
| **Claims Bar Date:** | 05/24/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**     July 6, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-75543 |
| **Case Name:** | MIDDLETON, JERRY ALLAN |
| | MIDDLETON, SUZANNE |
| **Taxpayer ID #:** | **-***2864 |
| **Period Ending:** | 10/27/10 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****35-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/10 | | Suzanne Middleton | Pymt for Buy Back of Estate Interest in Motor Vehicles | | 5,000.00 | | 5,000.00 |
| | {12} | | 1,950.00 | 1129-000 | | | 5,000.00 |
| | {13} | | 3,050.00 | 1129-000 | | | 5,000.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.03 | | 5,000.03 |
| 04/06/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -5,000.03 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,000.03 | 0.00 | |
| **Subtotal** | 5,000.03 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.03** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-75543 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | MIDDLETON, JERRY ALLAN | | Bank Name: | The Bank of New York Mellon |
| | MIDDLETON, SUZANNE | | Account: | 9200-******35-65 - Money Market Account |
| Taxpayer ID #: | **-***2864 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 10/27/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******3565 | Wire in from JPMorgan Chase Bank, N.A. account *******3565 | 9999-000 | 5,000.03 | | 5,000.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.22 | | 5,000.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,000.54 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-75543, BOND #016018067 | 2300-000 | | 3.95 | 4,996.59 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 4,996.88 |
| 07/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.21 | | 4,997.09 |
| 07/02/10 | | To Account #9200******3566 | Transfer Funds and Close Acct for Final Report | 9999-000 | | 4,997.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,001.04** | **5,001.04** | **$0.00** |
| | | | Less: Bank Transfers | | 5,000.03 | 4,997.09 | |
| | | | **Subtotal** | | **1.01** | **3.95** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.01** | **$3.95** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-75543 |
| Case Name: | MIDDLETON, JERRY ALLAN |
| | MIDDLETON, SUZANNE |
| Taxpayer ID #: | **-***2864 |
| Period Ending: | 10/27/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******35-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/10 | | From Account #9200******3565 | Transfer Funds and Close Acct for Final Report | 9999-000 | 4,997.09 | | 4,997.09 |
| 08/19/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,250.10, Trustee Compensation;  Reference: | 2100-000 | | 1,250.10 | 3,746.99 |
| 08/19/10 | 102 | Capital One Bank (USA), N.A. | Distribution paid  6.34% on $636.99; Claim# 3; Filed: $636.99; Reference: 0012 | 7100-000 | | 40.42 | 3,706.57 |
| 08/19/10 | 103 | American Express Centurion Bank | Distribution paid  6.34% on $1,344.91; Claim# 8; Filed: $1,344.91; Reference: 1004 | 7100-000 | | 85.34 | 3,621.23 |
| 08/19/10 | 104 | PYOD LLC as assignee of Citibank | Distribution paid  6.34% on $3,079.85; Claim# 9; Filed: $3,079.85; Reference: 0710 | 7100-000 | | 195.43 | 3,425.80 |
| 08/19/10 | 105 | Fia Card Services, NA/Bank of America | Distribution paid  6.34% on $2,650.78; Claim# 11; Filed: $2,650.78; Reference: 0090 | 7100-000 | | 168.21 | 3,257.59 |
| 08/19/10 | 106 | Discover Personal Loans | Distribution paid  6.34% on $12,579.96; Claim# 12; Filed: $12,579.96; Reference: | 7100-000 | | 798.26 | 2,459.33 |
| 08/19/10 | 107 | U.S. Bank N.A. | Distribution paid  6.34% on $4,028.57; Claim# 13; Filed: $4,028.57; Reference: | 7100-000 | | 255.63 | 2,203.70 |
| 08/19/10 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,348.92 | 854.78 |
| | | | Dividend paid 100.00%            1,325.00 on $1,325.00;  Claim# ATTY; Filed: $1,325.00 | 3110-000 | | | 854.78 |
| | | | Dividend paid 100.00%               23.92 on $23.92;  Claim# EXP; Filed: $23.92 | 3120-000 | | | 854.78 |
| 08/19/10 | 109 | Chase Bank USA, N.A. | Combined Check for Claims#4,5,10 | | | 578.83 | 275.95 |
| | | | Dividend paid  6.34% on            191.72 $3,021.42;  Claim# 4; Filed: $3,021.42; Reference: 4155 | 7100-000 | | | 275.95 |
| | | | Dividend paid  6.34% on            230.90 $3,638.81;  Claim# 5; Filed: $3,638.81; Reference: 9186 | 7100-000 | | | 275.95 |
| | | | Dividend paid  6.34% on            156.21 $2,461.71;  Claim# 10; Filed: $2,461.71; Reference: 3579 | 7100-000 | | | 275.95 |
| 08/19/10 | 110 | Discover Bank | Combined Check for Claims#1,2 | | | 149.30 | 126.65 |
| | | | Dividend paid  6.34% on             54.42 $857.51;  Claim# 1; Filed: $857.51; | 7100-000 | | | 126.65 |

| | Subtotals : | $4,997.09 | $4,870.44 |
|---|---|---|---|

{} Asset reference(s)

Printed: 10/27/2010 11:30 AM    V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-75543 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | MIDDLETON, JERRY ALLAN | | Bank Name: | The Bank of New York Mellon |
| | MIDDLETON, SUZANNE | | Account: | 9200-******35-66 - Checking Account |
| Taxpayer ID #: | **-***2864 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 10/27/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Reference: 7016 | | | | | |
| | | | Dividend paid  6.34% on | 94.88 | 7100-000 | | | 126.65 |
| | | | $1,495.12;  Claim# 2; | | | | | |
| | | | Filed: $1,495.12; | | | | | |
| | | | Reference: 0556 | | | | | |
| 08/19/10 | 111 | PYOD LLC  as assignee of Citibank | Combined Check for Claims#6,7 | | | | 126.65 | 0.00 |
| | | | Dividend paid  6.34% on | 107.10 | 7100-000 | | | 0.00 |
| | | | $1,687.88;  Claim# 6; | | | | | |
| | | | Filed: $1,687.88; | | | | | |
| | | | Reference: 9458 | | | | | |
| | | | Dividend paid  6.34% on | 19.55 | 7100-000 | | | 0.00 |
| | | | $308.04;  Claim# 7; | | | | | |
| | | | Filed: $308.04; | | | | | |
| | | | Reference: 9709 | | | | | |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,997.09 | 4,997.09 | $0.00 |
| Less: Bank Transfers | 4,997.09 | 0.00 | |
| **Subtotal** | 0.00 | 4,997.09 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,997.09 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****35-65** | 5,000.03 | 0.00 | 0.00 |
| **MMA # 9200-******35-65** | 1.01 | 3.95 | 0.00 |
| **Checking # 9200-******35-66** | 0.00 | 4,997.09 | 0.00 |
| | $5,001.04 | $5,001.04 | $0.00 |

{} Asset reference(s)

Printed: 10/27/2010 11:30 AM    V.12.54